UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| CHRISTOPHER DEVON HAIRSTON, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) (Using, Carrying, Possessing, and Discharging a Firearm in Furtherance of a Crime of Violence) |
| | : | 22 D.C. Code §§ 401 and 4502 (Assault With Intent to Kill While Armed) |
| | : | 22 D.C. Code §§ 402 and 4502 (2001 ed.)) (Assault With a Dangerous Weapon While Armed) |

**INDICTMENT**

Case: 1:22-cr-00379
Assigned To : Moss, Randolph D.
Assign. Date : 11/17/2022
Description: INDICTMENT (B)

The Grand Jury charges that:

**COUNT ONE**

On or about November 13, 2020, in the District of Columbia, the defendant, **CHRISTOPHER DEVON HAIRSTON**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **CHRISTOPHER DEVON HAIRSTON**, did unlawfully take and obtain personal property consisting of marijuana from the person of F.P., against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while he was engaged in

commercial activities as an illegal distributor of controlled substances, a business that was engaged in and that affects interstate commerce.

**(Interference With Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about November 13, 2020, within the District of Columbia, **CHRISTOPHER DEVON HAIRSTON**, did unlawfully and knowingly use, carry, and discharge, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a black semi-automatic handgun.

**(Using, Carrying, Possessing, and Discharging a Firearm During and in Furtherance of a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii))

## COUNT THREE

On or about November 13, 2020, within the District of Columbia, **CHRISTOPHER DEVON HAIRSTON**, while armed with a firearm, assaulted F.P. with intent to kill him.

**(Assault With Intent to Kill While Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502)

## COUNT FOUR

On or about November 13, 2020, within the District of Columbia, **CHRISTOPHER DEVON HAIRSTON**, assaulted F.P., while armed with a dangerous weapon, that is, a firearm.

**(Assault with a Dangerous Weapon While Armed**, in violation of 22 D.C. Code, Sections 402 and 4502 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia